## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DUSTIN NELSON                                                                                                    PLAINTIFF
ADC #145488

V.                                        NO: 5:13CV00092 SWW/HDY

MICHAEL DAVENPORT *et al.*                                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a preliminary injunction and temporary restraining order (docket entry #14) is DENIED.

DATED this 23rd day of May, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE