# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DUSTIN NELSON                                                                                                 PLAINTIFF
ADC #145488

V.                                          NO: 5:13CV00092 SWW/HDY

MICHAEL DAVENPORT *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment (docket entry #65) is GRANTED IN PART AND DENIED IN PART.

2. Defendants' motion is granted with respect to Plaintiff's claims against Defendant Curtis Meinzer, Plaintiff's claims against Meinzer are DISMISSED WITHOUT PREJUDICE, and Meinzer's name is removed as a party Defendant.

3. Defendants' motion is denied in all other respects.

DATED this 21st day of October, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE